IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON PETRACEK and KELLY PETRACEK,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERICAN HOME MORTGAGE SERVICE,<br><br>    Defendant. | 2:09-cv-01403-GEB-KJM<br><br>ORDER DISMISSING MOTION TO DISMISS AS MOOT |

On July 27, 2009, Defendant American Home Mortgage Service filed a motion to dismiss Plaintiffs' complaint. (Docket No. 7.) On September 1, 2009, however, Plaintiffs filed a First Amended Complaint (Docket No. 13), which is now the operative pleading. See Hal Roach Studios, Inc. v. Richard Feiner and Co., 896 F.2d 1542, 1546 (9th Cir. 1989) (stating an amended complaint supercedes the prior complaint). Since the pending motion does not address the operative pleading, it is denied as moot.

Dated: September 3, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge